UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* MARK BENNETT AND BRENDA KAMINSKI, | : : : : | CIVIL ACTION NO. 3:13CV00342 |
| Relators, | : : : | JUDGE TIMOTHY S. BLACK |
| v. | : : | **FILED UNDER SEAL** |
| ENGINETICS AEROSPACE FOREIGN SALES CORP., *et al.*, | : : : : | |
| Defendants. | : : | |

## NOTICE OF ELECTION TO DECLINE INTERVENTION

The United States of America hereby notifies the Court of its decision not to intervene in this action. Although the Government declines to intervene, the Court is referred to 31 U.S.C. § 3730(b)(1), which allows the Relators to maintain the action in the name of the United States, provided, however, the action may be dismissed only if the Court and the Attorney General give written consent to the dismissal and their reasons for consenting. Therefore, the Government requests that, should either the Relators or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties solicit the written consent of the United States of America before any Court ruling on such a request.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States, and that orders issued by the Court be sent to the Government's undersigned counsel. The United States reserves the right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to

seek the dismissal of the Relators' action or claim. The United States also requests to be served with all notices of appeal.

Finally, the Government requests that Relators' Complaints, this Notice, and the attached proposed order be unsealed. The Government requests that all other pleadings filed in this case prior to this Notice remain under seal. In discussing the content and extent of the Government's investigation, such pleadings are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

CARTER M. STEWART
United States Attorney


s/*Margaret A. Schutte*
MARGARET A. SCHUTTE (0078968)
Assistant United States Attorney
Attorney for Plaintiff, United States of America
200 West Second Street
Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Margaret.Schutte@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Declination to Intervene was served this 19th day of September, 2014, by e-mail upon:

Neil F. Freund
FREUND, FREEZE & ARNOLD
Fifth Third Center
1 S Main Street
Suite 1800
Dayton, Ohio 45402
callison@ffalaw.com
Counsel for Relator, Mark Bennett

s/*Margaret A. Schutte*
MARGARET A. SCHUTTE (0078968)
Assistant United States Attorney