UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MARK BENNETT AND BRENDA KAMINSKI, | : CIVIL ACTION NO. 3:13CV00342 : : : JUDGE TIMOTHY S. BLACK |
| Relators, | : : |
| vs. | : : **FILED UNDER SEAL** |
| ENGINETICS AEROSPACE FOREIGN SALES CORP., *et al.*, | : : : |
| Defendants. | : : |

ORDER

The United States of America, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. the Complaints be unsealed and served upon the Defendants by the Relators;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendants, except for this Order and the Government's Notice of Election to Decline Intervention, which the Relators will serve upon the Defendants only after service of the complaint;

3. the seal be lifted as to all matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and

7. should the Relators or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties will solicit the written consent of the United States before any Court ruling on such a request.

_Timothy S. Black_
UNITED STATES DISTRICT JUDGE

Dated: 9/24/14